AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |

**WILSON JAMES ZEIGLER**

Case Number:   2:97CR81-002-F
USM Number:   09959-002

**Kevin L. Butler**
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X  was found in violation of condition(s) **1 and 2** after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Violation #1 | Defendant shall not commit another federal, state or local crime | 7/7/2005 |
| Violation #2 | Defendant shall not possess a firearm as defined in 18 U.S.C. 921 | 7/7/2005 |

The defendant is sentenced as provided in pages 2 through **2** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   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

Defendant's Date of Birth:   00/00/1971

Defendant's Residence Address:
Montgomery, Alabama

Defendant's Mailing Address:
Montgomery, Alabama

**December 20, 2005**
Date of Imposition of Judgment

Signature of Judge

**MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE**
Name and Title of Judge

20 December 2005
Date

SCANNED

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: **WILSON JAMES ZEIGLER**
CASE NUMBER: **2:97CR81-002-F**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**Thirty (30) months.**

X   The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where psychiatric and psychological treatment will be available.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL